**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Horne, et al., | No. CV-26-01917-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| Joseph Edlow, et al., | |
| Defendants. | |

On June 15, 2026, defendants filed a status report indicating the agency is "in the process of completing" the "required security checks to proceed to final adjudication" of plaintiffs' immigration applications. (Doc. 18 at 1.) The following day, the parties filed a joint status report that stated: "Plaintiffs ask the Court to enter final judgment consistent with the preliminary injunction. Defendants do not oppose this request." (Doc. 19 at 2.) Despite the parties purportedly agreeing final judgment should be entered, plaintiffs then submitted an unopposed motion to file the administrative record. (Doc. 20.)

Plaintiffs' applications are being processed and there does not appear to be any need for the parties to engage in additional litigation. Although the parties have stated they agree to entry of "final judgment," plaintiffs' motion to file the administrative record creates some uncertainty as to whether the parties wish the court to enter judgment immediately. Based on defendants' representation that the applications are being processed, there is no need to file the administrative record. If service of process was properly completed, defendants' response to the complaint is due soon. To prevent needless work—such as

responding to the complaint—this case is stayed and the parties must file a joint status report every thirty days. If the immigration applications are not resolved in the near future, plaintiffs may file a motion seeking to lift the stay.

**IT IS ORDERED** the Motion to File (Doc. 20) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** this case is **STAYED**. The parties shall file a joint status report thirty days after this order and every thirty days thereafter.

Dated this 23rd day of June, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**

- 2 -